OPINION — AG — ** HIGHWAY DEPARTMENT — INSURANCE ** ABSENT LEGISLATIVE APPROVAL, THE STATE HIGHWAY DEPARTMENT IS 'NOT' AUTHORIZED TO PURCHASE ENGINEERING MALPRACTICE INSURANCE FOR ITS EMPLOYEES. (DEPARTMENT OF TRANSPORTATION, INSURANCE, PURCHASE, ACQUIRE, BOND, HIGHWAY CONSTRUCTION AND MAINTENANCE FUND) CITE: 69 O.S. 1501 [69-1501](A), OPINION NO. 71-356, OPINION NO. 72-165 (DANIEL J. GAMINO) ** SEE: OPINION NO. 74-152 (1974) **